IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                      No. 4:13CR00071 JLH

LARRY DARNELL CLAYBORN, JR.

### FINAL ORDER OF FORFEITURE

Before the Court is the United States motion for final order of forfeiture (Dkt. 51). On August 1, 2014, this Court entered a Preliminary Order of Forfeiture, ordering Larry Darnell Clayborn, Jr. ("Defendant") to forfeit his interest in the following property:

    A. a Smith & Wesson, model SW40VE, .40 caliber semi-automatic pistol, bearing serial number DSM5354;

    B. a Springfield Armory, Model XD-40, .40 caliber semi-automatic pistol, bearing serial number MG120011;

    C. a Smith & Wesson, model 4043TSW; .40 caliber semi-automatic pistol, bearing serial number VJC4145;

    D. a Smith & Wesson, model 18, .22 caliber revolver, bearing serial number 21K7451; and

    E. a Smith & Wesson, model 66, .357 magnum caliber revolver, bearing serial number AUB4408.

(collectively "property subject to forfeiture").

The preliminary order of forfeiture provided that it would become final as to Defendant at the time of sentencing and would become a final order of forfeiture if no third party filed a timely claim to the forfeited property. The Court has sentenced Defendant, and no one has filed a

claim to the forfeited property. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States now has all right, title, and interest in the forfeited property. Any prior claims in and against the forfeited property are extinguished and declared void. The property shall be turned over to the United States Marshals Service and disposed of according to law.

IT IS SO ORDERED this 26th day of February 2015.

_____
HONORABLE J. LEON HOLMES
United States District Judge